```
SEYFARTH SHAW LLP
Lawrence E. Butler (State Bar No. 111043)
lbutler@seyfarth.com
Andrea K. Anapolsky (State Bar No. 238297)
aanapolsky@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
PROTECTIVE LIFE INSURANCE COMPANY
```

FILED
APR 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID T. UNGAR, an individual, STACEY UNGAR NASH, an individual, JAMIE UNGAR, an individual, and JILL UNGAR, an individual,<br><br>　　　　　　Defendants. | Case No. 1:13-cv-00127-AWI-JLT<br><br>[~~PROPOSED~~] ORDER RE: DISBURSEMENT OF REGISTRY FUNDS, PER LOCAL RULE 150(h) |

ORDER

This Matter has been settled by all the various parties pursuant to that Stipulation and Order attached hereto as Exhibit "A", in which the parties have agreed to a disbursement of the funds interplead (the "Registry Funds") with the Court. Accordingly, pursuant to LR 150(h), the Court does hereby order that the Clerk disburse the Registry Funds as follows:

**THE COURT HEREBY ORDERS AS FOLLOWS:**

1.　ORDERED That the Clerk of the Court disburse from the registry funds, $4,040.64 via check made payable to Protective Life Insurance Company to be delivered via mail to its attorney at the following address:

1

[Proposed] Order Regarding Disbursement of Registry Funds Per Local Rule 150(h);
Case No. 1:13-cv-00127-AWI-JLT

1 | Andrea K. Anapolsky
2 | SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
3 | San Francisco, CA 94105

4     2.     ORDERED That the Clerk of the Court disburse from the registry funds,

5 | $16,000.00 via check made payable to David T. Ungar to be delivered to him via mail at the

6 | following address:

7 | David T. Ungar
8 | 8200 Kroll Way, #265
Bakersfield, CA 93311
9

10     3.     ORDERED That the Clerk of the Court disburse from the registry funds,

11 | $68,440.40 via check made payable to Jill Ungar and Mortenson & Rafie, LLP to be delivered to

12 | Jill Ungar attorney via mail at the following address:

13 | Peter B. Mortenson
MORTENSON & RAFIE, LLP
14 | 10781 West Twain Avenue
15 | Las Vegas, NV 89135

16

17 | DATED: 4-19-13          _____
18 |                                    Honorable Anthony W. Ishi

19
20
21
22
23
24
25
26
27
28

Case 1:13-cv-00127-AWI-JLT   Document 16   Filed 04/19/13   Page 3 of 7
Case 1:13-cv-00127-AWI-JLT   Document 14   Filed 04/17/13   Page 3 of 7
Case 1:13-cv-00127-AWI-JLT   Document 11   Filed 04/09/13   Page 3 of 13

# EXHIBIT "A"

Case 1:13-cv-00127-AWI-JLT Document 16 Filed 04/19/13 Page 4 of 7
Case 1:13-cv-00127-AWI-JLT Document 14 Filed 04/17/13 Page 4 of 7
Case 1:13-cv-00127-AWI-JLT Document 11 Filed 04/09/13 Page 4 of 13

1  SEYFARTH SHAW LLP
   Lawrence E. Butler (State Bar No. 111043)
2  lbutler@seyfarth.com
   Andrea K. Anapolsky (State Bar No. 238297)
3  aanapolsky@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Plaintiff
   PROTECTIVE LIFE INSURANCE COMPANY
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 PROTECTIVE LIFE INSURANCE              ) Case No. 1:13-cv-00127-AWI-JLT
   COMPANY,                               )
11                                        ) STIPULATION TO DISCHARGE AND
                  Plaintiff,              ) AWARD COSTS AND ATTORNEYS'
12                                        ) FEES TO PLAINTIFF PROTECTIVE
            v.                            ) LIFE INSURANCE COMPANY
13                                        )
   DAVID T. UNGAR, an individual, STACEY  )
14 UNGAR NASH, an individual, JAMIE       )
   UNGAR, an individual, and JILL UNGAR, an)
15 individual,                            )
                                          )
16                Defendants.             )

17

18    IT IS HEREBY STIPULATED by and between Plaintiff PROTECTIVE LIFE

19 INSURANCE COMPANY ("Protective") by and through its attorneys, Seyfarth Shaw LLP,

20 Defendant DAVID T. UNGAR, Defendant STACEY UNGAR NASH, Defendant JAMIE

21 UNGAR, and Defendant JILL UNGAR by and through her attorneys, Mortenson & Rafie

22 (collectively, "Defendants"), that Defendants agree to discharge Plaintiff as a stakeholder in this

23 action pursuant to the terms of this stipulation. Accordingly, Plaintiff and the foregoing

24 Defendants agree to the following:

25    1.  Plaintiff is hereby discharged from any and all liability on or arising out of:

26        (a)  life insurance policy no. FT0021464 (the "Policy") issued by Protective;

27             and

28

1

Stipulation to Discharge and Award Costs and Attorneys' Fees to Plaintiff/
Case No. 1:13-cv-00127-AWI-JLT

Case 1:13-cv-00127-AWI-JLT   Document 16   Filed 04/19/13   Page 5 of 7
Case 1:13-cv-00127-AWI-JLT   Document 14   Filed 04/17/13   Page 5 of 7
Case 1:13-cv-00127-AWI-JLT   Document 11   Filed 04/09/13   Page 5 of 13

(b) the rights and obligations of the parties to this action with respect to any and all proceeds under the Policy;

2. The Policy is void and of no further force and effect;

3. From the money that was deposited by Protective with the Clerk of the Court, Protective is awarded $4,040.64, which reflects all costs and reasonable attorney fees incurred in bringing and maintaining the present action; and

4. Defendants are permanently enjoined from instituting or prosecuting any other actions against Plaintiff regarding the Policy, including but not limited to any claim related to the Aviation Exclusion Rider, which was attached to and incorporated in the Policy.

DATED: March __, 2013

SEYFARTH SHAW LLP

By: /s/ Andrea K. Anapolsky

Attorneys for Plaintiff
PROTECTIVE LIFE INSURANCE COMPANY

DATED: March 29, 2013

MORTENSON & RAFIE

By: /s/ Peter Mortenson

Attorneys for Defendant
JILL UNGAR

DATED: March 3_, 2013

STACEY UNGAR NASH

By: /s/ Stacey Ungar Nash

Defendant *In Pro Per*

2
Stipulation to Discharge and Award Costs and Attorneys' Fees to Plaintiff/
Case No. 1:13-cv-00127-AWI-JLT

Case 1:13-cv-00127-AWI-JLT Document 16 Filed 04/19/13 Page 6 of 7
Case 1:13-cv-00127-AWI-JLT Document 14 Filed 04/17/13 Page 6 of 7
Case 1:13-cv-00127-AWI-JLT Document 11 Filed 04/09/13 Page 6 of 13

03/01/2013 16:32 14153970549 PAGE 06/08

1 DATED: March __, 2013

JAMIE UNGAR

By *Jamie Ungar* (signature)
Jamie Ungar

Defendant *In Pro Per*

6 DATED: March __, 2013

DAVID T. UNGAR

By _____
David T. Ungar

Defendant *In Pro Per*

14 15328816v.1

---

3
Stipulation to Discharge and Award Costs and Attorneys' Fees to Plaintiff/
Case No. 1:13-cv-00127-AWI-JLT

Case 1:13-cv-00127-AWI-JLT Document 16 Filed 04/19/13 Page 7 of 7
Case 1:13-cv-00127-AWI-JLT Document 14 Filed 04/17/13 Page 7 of 7
03/01/2010 Case 1:13-cv-00127-AWI-JLT Document 11 Filed 04/09/13 Page 7 of 13

1  DATED: March __, 2013

2

3  JAMIE UNGAR

   By_____
   Jamie Ungar

4  Defendant *In Pro Per*

5

6  DATED: March 31, 2013

7  DAVID T. UNGAR

8  By_____
   David T. Ungar

9  Defendant *In Pro Per*

10

11

12

13

14  15328816v.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
Stipulation to Discharge and Award Costs and Attorneys' Fees to Plaintiff/
Case No. 1:13-cv-00127-AWI-JLT