SEYFARTH SHAW LLP
Lawrence E. Butler (State Bar No. 111043)
lbutler@seyfarth.com
Andrea K. Anapolsky (State Bar No. 238297)
aanapolsky@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
PROTECTIVE LIFE INSURANCE COMPANY

**FILED**
APR 19 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID T. UNGAR, an individual, STACEY UNGAR NASH, an individual, JAMIE UNGAR, an individual, and JILL UNGAR, an individual,<br><br>Defendants. | Case No. 1:13-cv-00127-AWI-JLT<br><br>[PROPOSED] ORDER RE: DISBURSEMENT OF REGISTRY FUNDS, PER LOCAL RULE 150(h) |

ORDER

This Matter has been settled by all the various parties pursuant to that Stipulation and Order attached hereto as Exhibit "A", in which the parties have agreed to a disbursement of the funds interplead (the "Registry Funds") with the Court. Accordingly, pursuant to LR 150(h), the Court does hereby order that the Clerk disburse the Registry Funds as follows:

**THE COURT HEREBY ORDERS AS FOLLOWS:**

1.  ORDERED That the Clerk of the Court disburse from the registry funds, $4,040.64 via check made payable to Protective Life Insurance Company to be delivered via mail to its attorney at the following address:

1

[Proposed] Order Regarding Disbursement of Registry Funds Per Local Rule 150(h);
Case No. 1:13-cv-00127-AWI-JLT

1  Andrea K. Anapolsky
2  SEYFARTH SHAW LLP
   560 Mission Street, Suite 3100
3  San Francisco, CA 94105

4      2.    ORDERED That the Clerk of the Court disburse from the registry funds,

5  $16,000.00 via check made payable to David T. Ungar to be delivered to him via mail at the

6  following address:

7  David T. Ungar
8  8200 Kroll Way, #265
   Bakersfield, CA 93311
9

10      3.    ORDERED That the Clerk of the Court disburse from the registry funds,

11  $68,440.40 via check made payable to Jill Ungar and Mortenson & Rafie, LLP to be delivered to

12  Jill Ungar attorney via mail at the following address:

13  Peter B. Mortenson
    MORTENSON & RAFIE, LLP
14  10781 West Twain Avenue
15  Las Vegas, NV 89135

16
17  DATED: 4-19-13            _____
18                              Honorable Anthony W. Ishi

19
20
21
22
23
24
25
26
27
28

Case 1:13-cv-00127-AWI-JLT   Document 16   Filed 04/19/13   Page 3 of 7
Case 1:13-cv-00127-AWI-JLT   Document 14   Filed 04/17/13   Page 3 of 7
Case 1:13-cv-00127-AWI-JLT   Document 11   Filed 04/09/13   Page 3 of 13

# EXHIBIT "A"

Case 1:13-cv-00127-AWI-JLT   Document 16   Filed 04/19/13   Page 4 of 7
Case 1:13-cv-00127-AWI-JLT   Document 14   Filed 04/17/13   Page 4 of 7
Case 1:13-cv-00127-AWI-JLT   Document 11   Filed 04/09/13   Page 4 of 13

SEYFARTH SHAW LLP
Lawrence E. Butler (State Bar No. 111043)
lbutler@seyfarth.com
Andrea K. Anapolsky (State Bar No. 238297)
aanapolsky@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
PROTECTIVE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>DAVID T. UNGAR, an individual, STACEY UNGAR NASH, an individual, JAMIE UNGAR, an individual, and JILL UNGAR, an individual,<br><br>  Defendants. | Case No. 1:13-cv-00127-AWI-JLT<br><br>**STIPULATION TO DISCHARGE AND AWARD COSTS AND ATTORNEYS' FEES TO PLAINTIFF PROTECTIVE LIFE INSURANCE COMPANY** |

IT IS HEREBY STIPULATED by and between Plaintiff PROTECTIVE LIFE INSURANCE COMPANY ("Protective") by and through its attorneys, Seyfarth Shaw LLP, Defendant DAVID T. UNGAR, Defendant STACEY UNGAR NASH, Defendant JAMIE UNGAR, and Defendant JILL UNGAR by and through her attorneys, Mortenson & Rafie (collectively, "Defendants"), that Defendants agree to discharge Plaintiff as a stakeholder in this action pursuant to the terms of this stipulation. Accordingly, Plaintiff and the foregoing Defendants agree to the following:

1. Plaintiff is hereby discharged from any and all liability on or arising out of:

   (a) life insurance policy no. FT0021464 (the "Policy") issued by Protective; and

Case 1:13-cv-00127-AWI-JLT   Document 16   Filed 04/19/13   Page 5 of 7
Case 1:13-cv-00127-AWI-JLT   Document 14   Filed 04/17/13   Page 5 of 7
Case 1:13-cv-00127-AWI-JLT   Document 11   Filed 04/09/13   Page 5 of 13

    (b)   the rights and obligations of the parties to this action with respect to any and all proceeds under the Policy;

2. The Policy is void and of no further force and effect;

3. From the money that was deposited by Protective with the Clerk of the Court, Protective is awarded $4,040.64, which reflects all costs and reasonable attorney fees incurred in bringing and maintaining the present action; and

4. Defendants are permanently enjoined from instituting or prosecuting any other actions against Plaintiff regarding the Policy, including but not limited to any claim related to the Aviation Exclusion Rider, which was attached to and incorporated in the Policy.

DATED: March 1, 2013

SEYFARTH SHAW LLP

By: _____
    Andrea K. Anapolsky

Attorneys for Plaintiff
PROTECTIVE LIFE INSURANCE COMPANY

DATED: March 29, 2013

MORTENSON & RAFIE

By: _____
    Peter Mortenson

Attorneys for Defendant
JILL UNGAR

DATED: March 31, 2013

STACEY UNGAR NASH

By: _____
    Stacey Ungar Nash

Defendant *In Pro Per*

Case 1:13-cv-00127-AWI-JLT   Document 16   Filed 04/19/13   Page 6 of 7
Case 1:13-cv-00127-AWI-JLT   Document 14   Filed 04/17/13   Page 6 of 7
Case 1:13-cv-00127-AWI-JLT   Document 11   Filed 04/09/13   Page 6 of 13

03/01/2013 16:32   14153970549                                   PAGE 06/08

1 | DATED: March __, 2013                JAMIE UNGAR

2
3                                        By _Jamie Ungar_ (signature)
                                            Jamie Ungar
4                                        Defendant *In Pro Per*

5
6 | DATED: March __, 2013                DAVID T. UNGAR

7
8                                        By _____
                                            David T. Ungar
9                                        Defendant *In Pro Per*

10
11
12
13
14  15328816v.1
15
...
28

3
Stipulation to Discharge and Award Costs and Attorneys' Fees to Plaintiff/
Case No. 1:13-cv-00127-AWI-JLT

Case 1:13-cv-00127-AWI-JLT Document 16 Filed 04/19/13 Page 7 of 7
Case 1:13-cv-00127-AWI-JLT Document 14 Filed 04/17/13 Page 7 of 7
03/01/2010 Case 1:13-cv-00127-AWI-JLT Document 11 Filed 04/09/13 Page 7 of 13

| | | |
|---|---|---|
| 1 | DATED: March __, 2013 | JAMIE UNGAR |
| 2 | | |
| 3 | | By_____<br>Jamie Ungar |
| 4 | | Defendant *In Pro Per* |
| 5 | | |
| 6 | DATED: March 31, 2013 | DAVID T. UNGAR |
| 7 | | |
| 8 | | By_____<br>David T. Ungar |
| 9 | | Defendant *In Pro Per* |

15328816v.1

3
Stipulation to Discharge and Award Costs and Attorneys' Fees to Plaintiff/
Case No. 1:13-cv-00127-AWI-JLT