1  SEYFARTH SHAW LLP
   Lawrence E. Butler (State Bar No. 111043)
2  lbutler@seyfarth.com
   Andrea K. Anapolsky (State Bar No. 238297)
3  aanapolsky@seyfarth.com
   560 Mission Street, Suite 3100
4  San Francisco, California 94105
   Telephone: (415) 397-2823
5  Facsimile: (415) 397-8549

6  Attorneys for Plaintiff
   PROTECTIVE LIFE INSURANCE COMPANY
7

FILED
NOV 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DAVID T. UNGAR, an individual, STACEY UNGAR NASH, an individual, JAMIE UNGAR, an individual, and JILL UNGAR, an individual,<br><br>Defendants. | Case No. 1:13-cv-00127-AWI-JLT<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff PROTECTIVE LIFE INSURANCE COMPANY ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendants David T. Ungar, Stacey Ungar Nash, Jamie Ungar, and Jill Ungar.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

**(a) Voluntary Dismissal.**

    **(1) By the Plaintiff**

        **(A)** *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1        **(i)** a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

      Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an order of the Court.

Dated: November 22, 2013

                                SEYFARTH SHAW LLP

                                By: /s/ Andrea K. Anapolsky
                                   Lawrence E. Butler
                                   Andrea K. Anapolsky

                                Attorneys for Plaintiff
                                Protective Life Insurance Company

It is so Ordered. Dated: 11-25-13

_____
United States District Judge

16454451v.1   Notice of Voluntary Dismissal / Case No. 1:13-cv-00127-AWI-JLT